

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2019

No. 04-19-00215-CR

**IN RE STATE OF TEXAS, EX. REL. TODD A. DURDEN, COUNTY ATTORNEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

On June 20, 2019, relator filed a motion for temporary relief asking this court to "issue an Order of Stay" as to three criminal proceedings. The motion is DENIED.

It is so **ORDERED** on June 21, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out *The State of Texas v. Mark Anthony Gonzalez*; Cause No. 10041CR; and twenty-one other cases, pending in the County Court, Kinney County, Texas. The Honorable Spencer W. Brown signed the order at issue in this proceeding.